UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADITYA WAHYU HARSONO,<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as United States; DANIEL HARTOG, in his official capacity as the Kandiyohi County Sheriff; MATTHEW AKERSON, in his official capacity as Kandiyohi County Jail Administrator; PETER BERG, in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement; JAMIE HOLT, in her official capacity as Homeland Security Investigations St. Paul Special Agent in Charge, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State,<br><br>Respondents. | Case No. 0:25-cv-1976 (KMM/JFD)<br><br>**ORDER** |

Petitioner Aditya Wahyu Harsono has filed a Petition for a Writ of Habeas Corpus (ECF 1), and an *Ex Parte* Motion for a Temporary Restraining Order ("TRO") (ECF 2). He alleges that he is being detained in violation of the Constitution and laws of the United States. Among other relief he seeks immediate release, and an order that he not be moved

1

out of the District of Minnesota. It appears from the docket and Petitioner's filing that the United States is aware of the filings in this matter, and counsel for the Department of Justice is listed on the docket.

In the interest of reaching a swift resolution of the issues raised by the Motion for TRO, the Court enters the following Order:

1) The defendants are temporarily enjoined from moving the Petitioner out of the District of Minnesota until the Court has an opportunity to decide the pending TRO Motion. The defendants may object to this requirement by filing a motion and a written memorandum of law at any time, but may not move the Petitioner out of the District while that motion is pending.

2) Counsel for the parties are required to meet and confer immediately regarding the following topics:

    a. Whether an interim agreement can be entered about any of the requested substantive relief.

    b. An appropriate briefing and hearing schedule for resolution of the TRO Motion.

The Court will hold a telephonic status conference at 2:30 pm on Tuesday, May 6, 2025, to discuss these matters. Counsel are encouraged to email chambers ahead of the call to set forth any areas of agreement or disagreement about these matters.

**IT IS SO ORDERED**.

Date: May 5, 2025

s/ *Katherine M. Menendez*
Katherine M. Menendez
United States District Judge