# UNITED STATES DISTRICT COURT
## District of Minnesota

MSP Small Business Concessions Alliance,

    Plaintiff,

v.

Metropolitan Airports Commission,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-3764 KMM/SGE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1.    Defendant's Motion to Dismiss is **GRANTED**.

    2.    Counts I and II of the Complaint are dismissed without prejudice for lack of standing.

    3.    Counts III and IV are dismissed with prejudice for failure to state a claim.

Date: 5/6/2025

KATE M. FOGARTY, CLERK