# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Aditya Wahyu Harsono,<br><br>Petitioner,<br><br>v.<br><br>Donald J. Trump, Pamela Bondi, Daniel Hartog, Matthew Akerson, Peter Berg, Jamie Holt, Todd Lyons, Kristi Noem, Marco Rubio,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-1976 KMM/JFD |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Motion for Ex Parte Temporary Restraining Order and Emergency Preliminary Injunction, ECF No. 2, are **DENIED as moot**.

2. The Petition, ECF No. 1, is **GRANTED in part**.

3. Petitioner shall be released from custody, immediately, subject to the conditions previously imposed by the Immigration Judge, including the $5,000 bond.

4. Within 48 hours of this Order, Respondents shall notify the Court of the date and time of Petitioner's release.

Date: 5/15/2025                                                                                    KATE M. FOGARTY, CLERK